883 A.2d 1055

DELTA FUNDING CORPORATION, PLAINTIFF–RESPONDENT,
v. ALBERTA HARRIS, DEFENDANT–APPELLANT.

September 30, 2005.

The United States Court of Appeals for the Third Circuit having certified to the Supreme Court a question of law pursuant to *Rule* 2:12A–1, and the Court having determined to accept the question, modified to read as follows:

Is the arbitration agreement at issue, or any provision thereof, unconscionable under New Jersey law, and, if so, should such provision or provisions be severed?

And good cause appearing;

It is ORDERED pursuant to *Rule* 2:12A–6, that appellant shall file and serve a brief addressing the certified question within thirty days after the filing date of this Order, respondent shall file and serve its brief within twenty-one days thereafter, and appellant shall file and serve its reply brief, if any, within seven days after the filing of respondent's brief; and it is further

ORDERED that the parties shall file nine copies of a joint appendix containing the portions of the record relevant to the Court's determination of the questions presented; and it is further

ORDERED that the Clerk of the Court shall set this matter down for oral argument in due course pursuant to *Rule* 2:11–1(b).